UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN JEAN-PIERRE,

                Plaintiff,

      -against-

GOOGLE LLC,

                Defendant.

Case No. 1:25-cv-10004 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This matter was automatically referred to mediation on February 9, 2026. *See* Dkt. 14.

On the parties' request, and as discussed on the record during the conference held on February

11, 2026, that mediation shall take place in June 2026.

Dated:  February 12, 2026
        New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge